

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
04/16/2014

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| RAY ROSA, | ) | CASE NO. 13-37731-H3-7 |
| | ) | |
| Debtor, | ) | |
| | ) | |

### ORDER OF DISMISSAL

The Debtor in the above captioned Chapter 7 case did not obtain the prepetition briefing required under Section 109(h)(1) of the Bankruptcy Code. Debtor filed a certificate indicating completion of a briefing on March 12, 2014, which was 85 days after the date of filing of the petition in the instant case. Section 109(h)(3)(B) of the Bankruptcy Code limits to 45 days the time during which the court may extend the time to complete the briefing. Thus, Debtor is ineligible to be a debtor in the instant case. Accordingly, it is

ORDERED that the above captioned Chapter 7 case is dismissed.

Signed at Houston, Texas on this _____ day of _____, 2014.

APR 1 6 2014

*Letitia Z. Paul*
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE