

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Ray Rosa | |
| | **Debtor(s)** | Case No.: 13–37731 |
| | | Chapter: 7 |

ENTERED
08/15/2016

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato−Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/15/16

*LETITIA Z. PAUL*
United States Bankruptcy Judge